IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02374-AP

CLIFF MAHAN,

        Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    **For Plaintiff**:

        Luke A. Brennan, Esq.
        422 White Avenue, #323
        Grand Junction, CO 81501
        (970) 245-8021 (telephone)
        (970) 245-0590 (Fax)

    **For Defendant:**

        WILLIAM J. LEONE
        United States Attorney
        KURT BOHN
        Assistant United States Attorney

    By:    Debra J. Meachum
        Special Assistant United States Attorney
        Laura Ridgell-Boltz, Assistant Regional Counsel
        Social Security Administration
        1961 Stout Street, Suite 1001A
        Denver, Colorado  80294
        (303) 844-1571
        (303) 844-0770 (facsimile)

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

      A.      Date Complaint Was Filed: <u>November 23, 2005.</u>
      B.      Date Complaint  Was Served on U.S. Attorney's Office: <u>January 31, 2006.</u>
      C.      Date Answer and Administrative Record Were Filed: <u>March 6, 2006.</u>

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

<u>**Plaintiff, to the best of his knowledge, states that the administrative record is complete and accurate.**</u>
<u>**Defendant, to the best of her knowledge, states that the administrative record is complete and accurate.**</u>

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

<u>**Plaintiff does not intend to submit additional evidence.**</u>
<u>**Defendant does not intend to submit additional evidence.**</u>

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

<u>**Plaintiff, to the best of his knowledge, does not believe the case raises unusual claims or defenses.**</u>
<u>**Defendant, to the best of her knowledge, does not believe the case raises unusual claims or defenses.**</u>

**7. OTHER MATTERS**

<u>**Plaintiff has no other matters to bring to the attention of the court.**</u>
<u>**Defendant has no other matters to bring to the attention of the court.**</u>

**8. PROPOSED BRIEFING SCHEDULE**

      A.      Plaintiff's Opening Brief Due:            <u>MAY 17, 2006.</u>
      B.      Defendant's  Response Brief Due:     <u>JUNE 16, 2006.</u>
      C.      Plaintiff's Reply Brief (If Any) Due: <u>JUNE 26, 2006.</u>

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

    **A.  Plaintiff's Statement.**
**Plaintiff does not request oral argument.**

    **B.  Defendant's Statement:**
**Defendant does not request oral argument.**

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    A.     **(X)  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
    B.     **( )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

**The parties agree that filing motions for extension of time or continuances will comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.**

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

**The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.**

DATED this **18th day of April, 2006.**

                                             BY THE COURT:

                                          S/John L, Kane
                                          U.S. DISTRICT COURT JUDGE

**APPROVED:**

### For Plaintiff:

**s/Alan M. Agee         Date: 03/14/06**
512 S. 8th Street
Colorado Springs, CO 81301
(719) 473-1515 (telephone)
ageealanmpc@qwest.net

### For Defendant:

WILLIAM J. LEONE
United States Attorney
KURT BOHN
Assistant United States Attorney

**s/Debra J. Meachum   Date: 03/14/05**
By:    Debra J. Meachum
Special Assistant United States Attorney

Laura Ridgell-Boltz
Assistant Regional Counsel

Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-1571
(303) 844-0770 (facsimile)
debra.meachum@ssa.gov
laura.ridgell-boltz@ssa.gov