IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02374-PSF

CLIFF MAHAN,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## ORDER TO VACATE ORAL ARGUMENT

This matter comes before the Court *sua sponte*. It is hereby ORDERED that the oral argument hearing currently set for November 27, 2006 is VACATED. The Court will determine whether the hearing needs to be reset.

DATED:  November 21, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge